United States District Court
for the
Southern District of Florida

| | |
|---|---|
| 5650 N Miami Ave LLC, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 20-21702-Civ-Scola |
| Scottsdale Insurance Company, | ) |
| Defendant. | ) |

### Omnibus Order

This matter is before the Court on the parties' respective motions for clarification arising from the Court's July 8, 2020 Order dismissing the complaint. (Order Granting Mot. to Dismiss, ECF No. 16; Def.'s Mot., ECF No. 19; Pl.'s Mot., ECF No. 21.) The Court dismissed the Plaintiff's complaint after the Plaintiff twice failed to file any response at all to the Defendant's two motions to dismiss the complaint. The parties have now filed separate motions for clarification concerning whether the dismissal of the complaint was with prejudice or without prejudice. As the motions seek clarification of the Court's intent, and neither party has responded to the other's motion, the Court finds it appropriate to rule on these motions now and not await additional briefing.

After the Plaintiff failed to respond to the first motion to dismiss, the Court entered an order on May 11, 2020, stating that "[t]he Plaintiff is cautioned that the failure to comply will result in appropriate sanctions, including dismissal without prejudice and without further notice." (ECF No. 7 at 1.) After the Plaintiff failed to respond to the second motion to dismiss, the Court proceeded to enter an order dismissing this case "without prejudice and without leave to amend." (ECF No. 16 at 4.) However, that same order also stated elsewhere that the dismissal was "with prejudice," which precipitated the parties' motions for clarification. (*Id.* at 3.) The Court now **grants** the motions for clarification (**ECF Nos. 19, 21**) to clarify the July 8, 2020 dismissal order and now corrects it to reflect that the dismissal was **without prejudice** and **without leave to amend**.

**Done and ordered** in chambers, at Miami, Florida, on August 31, 2020.

_____
Robert N. Scola, Jr.
United States District Judge